UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DENNIS STEVENS and <br> JOAN STEVENS, <br><br> Plaintiff, <br><br> v. <br><br> CEDARAPIDS, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 04-89-B-W <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decisions (Docket #s 71, 72, 73) filed on February 17, 2006, the Recommended Decisions are accepted.

1. The Recommended Decisions of the Magistrate Judge (Docket #s 71, 72, 73) are AFFIRMED.

2. It is further ORDERED that Plaintiffs' motion for partial summary judgment (Docket # 46) as to all affirmative defenses raised by Defendant Equipment & Systems for Industry, Inc. (ESI) except the affirmative defense of comparative negligence is GRANTED.

3. It is further ORDERED that Defendant ESI's motion for summary judgment on the cross-claim for indemnity (Docket # 50) is GRANTED, on the condition that ESI pay a judgment to the Plaintiffs in the event both it and Cedarapids are found to be liable to the Plaintiffs.

4. It is ORDERED that Defendant ESI's motion for partial summary judgment against Cedarapids, Inc. (Docket # 48) is GRANTED as to all of the affirmative defenses except the claim of comparative negligence.[1]

---

[1] In her third Recommended Decision (Docket # 73), the Magistrate Judge denied Defendant Cedarapids' Motion for Leave to File a Surreply (Docket # 70) and struck Plaintiffs' Objection to Cedarapids' Reply Statement of Material Fact (Docket # 68). She issued an Order encompassing these rulings on February 17, 2006 (Docket # 74). Because these motions concern non-dispositive matters, and because they were not objected to, they are final without further Order from this Court. Fed. R. Civ. P. 72(a).

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2006