UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DENNIS STEVENS and ) | |
| JOAN STEVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 04-89-B-W |
| ) | |
| CEDARAPIDS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED[1] ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decisions (Docket #s 71, 72, 73) filed on February 17, 2006, the Recommended Decisions are accepted.

1. The Recommended Decisions of the Magistrate Judge (Docket #s 71, 72, 73) are AFFIRMED.

2. It is further ORDERED that Plaintiffs' motion for partial summary judgment (Docket # 46) as to all affirmative defenses raised by Defendant Equipment & Systems for Industry, Inc. (ESI) except the affirmative defense of comparative negligence is GRANTED.

3. It is further ORDERED that Defendant ESI's motion for summary judgment on the cross-claim for indemnity (Docket # 50) is GRANTED, on the condition that ESI pay a judgment to the Plaintiffs in the event both it and Cedarapids are found to be liable to the Plaintiffs.

4. It is ORDERED that Plaintiff's motion for partial summary judgment against Cedarapids, Inc. (Docket # 48) is GRANTED as to all of the affirmative defenses except the claim of comparative negligence.[2]

---

[1] This Amended Order corrects a clerical error contained in Paragraph #4 changing "Defendant ESI's motion" to "Plaintiff's motion".

[2] In her third Recommended Decision (Docket # 73), the Magistrate Judge denied Defendant Cedarapids' Motion for Leave to File a Surreply (Docket # 70) and struck Plaintiffs' Objection to Cedarapids' Reply Statement of Material Fact (Docket # 68). She issued an Order encompassing these rulings on February 17,

                                      /s/ John A. Woodcock, Jr.
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 16th day of March, 2006

---

2006 (Docket # 74). Because these motions concern non-dispositive matters, and because they were not objected to, they are final without further Order from this Court. Fed. R. Civ. P. 72(a).